IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50428
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,


versus

JIMMY ARREOLA RAMOS,

                                    Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-CR-64 (1)
- - - - - - - - - -
December 16, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     Jimmy Arreola Ramos appeals his sentence following his guilty-plea conviction for conspiracy to possess with the intent to distribute a quantity of cocaine and for possession with the intent to distribute cocaine.  He argues that the district court clearly erred by refusing to apply the safety-valve provision, pursuant to 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2, in order to sentence Ramos below the statutory mandatory minimum sentence.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the appellate arguments and the record.  We detect no clear error.  See United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).

AFFIRMED.